# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Gina Davis Stegall,

    Plaintiff,

v.                                                Case No. 2:19–cv–160

Kourtney Viars, *et al.*,             Judge Michael H. Watson

    Defendants.                   Magistrate Judge Deavers

---

Jack Stegall II,

    Plaintiff,

v.                                                Case No. 2:19–cv–627

Kourtney Viars, *et al.*,             Judge Michael H. Watson

    Defendants.                   Magistrate Judge Deavers

## <u>ORDER</u>

On February 25, 2019, Defendants CTA Pizza Inc and Kourtney Viars moved pursuant to Federal Rule of Civil Procedure 42(a) to consolidate this case with case number 2:19-cv-627 because both cases stem from identical facts and turn on the same questions of law. Mot. ECF No. 14; *see also* case number 2:19-cv-627, ECF No. 3. No party filed a response to these motions or otherwise objected. Even though these two cases have since been designated as related, *see* ECF No. 21; 2:19-cv-627, ECF No. 3, the Court in its discretion **GRANTS** the

motions and **ORDERS** that these cases be consolidated going forward. All future filings shall be docketed in case number 2:19-cv-160.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**